UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

Donald Elroy MILLER,

         Petitioner

   v.

Colonel Kenneth DECKER in his official capacity
as Administrator of the Orange County Correctional
Facility; Christopher SHANAHAN, in his official
capacity as New York Field Office Director for U.S.
Immigration and Customs Enforcement; Jeh
JOHNSON in his official capacity as Secretary of
Homeland Security; Loretta LYNCH, in her official
capacity as the Attorney General of the United States;
and the U.S. DEPARTMENT OF HOMELAND
SECURITY,

         Respondents
------------------------------------------------------------------

Case No. 16 Civ. 1453 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/17/16

### Withdrawal of Request for Appointed Counsel

      I wish to withdraw my request for the court to appoint me legal counsel. I misunderstood

and thought that I *needed* an attorney to represent me. I do not want to delay my case any longer

and want to continue *pro se*.

      Thank you for your attention to this matter.

Donald Elroy Miller

Date: 5/17/2016

RECEIVED
SDNY PRO SE OFFICE
2016 MAY 17  PM 3: 45
S.D. OF N.Y.